# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Jennifer T. Lum.

The case number on all documents filed with the Court should read as follows:

### CV09- 885 JFW (JTLx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

Jessica Barfield-McCarren
Barfield-McCarran Law Office
468 N. Camden Dr., Ste. 200
Beverly Hills, CA 90210

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karan Russell, an individual<br><br>PLAINTIFF(S)<br>v.<br>Deutsche Bank National Trust Company as Trustee Under pooling and Servicing Agreement Dated as of June 1, 2007 (see attached)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV09-885 JFW (JTLx)<br><br>SUMMONS |

TO:     DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Jessica Barfield-McCarran_, whose address is _468 N. Camden Dr., Ste. 200 Beverly Hills, CA 90210_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 2/5/09

By: _____
Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

JESSICA BARFIELD-McCARREN, SBN 212217
BARFIELD-McCARREN LAW OFFICE
468 N. CAMDEN DR., SUITE 200
BEVERLY HILLS, CA 90210
Tel: (310) 860-5626
Fax: (310) 861-1992
Jessica@LADefenseLaw.com

Attorneys for Plaintiff
Karan J. Russell

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| KARAN J. RUSSELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JUNE 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5, an unknown business entity; BARCLAYS CAPITAL REAL ESTATE dba HOMEQ SERVICING, a Delaware corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation; FIDELITY NATIONAL TITLE CA II, an unknown business entity; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a suspended California corporation; NEW CENTURY MORTGAGE CORPORATION, a California corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:<br><br>COMPLAINT FOR:<br><br>(1) TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF<br>(2) VIOLATION OF TRUTH IN LENDING ACT (15 U.S.C. § 1601)<br>(3) VIOLATION OF RESPA (12 U.S.C. §2605)<br>(4) VIOLATION OF CALIFORNIA ROSENTHAL ACT<br>(5) QUIET TITLE<br>(6) WRONGFUL FORECLOSURE<br>(7) ORDER TO SET ASIDE TRUSTEE'S SALE<br>(8) CANCELLATION OF TRUSTEE'S DEED<br>(9) SLANDER OF TITLE<br>(10) CIVIL CONSPIRACY<br>(11) UNFAIR BUSINESS PRACTICES (CAL. B&P CODE § 17200)<br>(12) VIOLATION OF RICO (18 U.S.C. §§1961)<br>(13) FRAUD<br>(14) CONSTRUCTIVE TRUST<br><br>DEMAND FOR JURY TRIAL |

Jessica Barfield-McCarren
Barfield-McCarran Law Office
468 N. Camden Dr., Ste. 200
Beverly Hills, CA 90210

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karan Russell, an individual<br><br>PLAINTIFF(S)<br>v.<br>Deutsche Bank National Trust Company as Trustee Under pooling and Servicing Agreement Dated as of June 1, 2007 (see attached)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV09-885 JFW (JTLx)<br><br>SUMMONS |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Jessica Barfield-McCarran_____, whose address is _468 N. Camden Dr., Ste. 200 Beverly Hills, CA  90210_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 2/5/09   By: La'Ree Horn
                   Deputy Clerk
                   (Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                    SUMMONS

JESSICA BARFIELD-McCARREN, SBN 212217
BARFIELD-McCARREN LAW OFFICE
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Tel: (310) 860-5626
Fax: (310) 861-1992
Jessica@LADefenseLaw.com

Attorneys for Plaintiff
Karan J. Russell

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| KARAN J. RUSSELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JUNE 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5, an unknown business entity; BARCLAYS CAPITAL REAL ESTATE dba HOMEQ SERVICING, a Delaware corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation; FIDELITY NATIONAL TITLE CA II, an unknown business entity; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a suspended California corporation; NEW CENTURY MORTGAGE CORPORATION, a California corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:<br><br>COMPLAINT FOR:<br><br>(1) TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF<br>(2) VIOLATION OF TRUTH IN LENDING ACT (15 U.S.C. § 1601)<br>(3) VIOLATION OF RESPA (12 U.S.C. §2605)<br>(4) VIOLATION OF CALIFORNIA ROSENTHAL ACT<br>(5) QUIET TITLE<br>(6) WRONGFUL FORECLOSURE<br>(7) ORDER TO SET ASIDE TRUSTEE'S SALE<br>(8) CANCELLATION OF TRUSTEE'S DEED<br>(9) SLANDER OF TITLE<br>(10) CIVIL CONSPIRACY<br>(11) UNFAIR BUSINESS PRACTICES (CAL. B&P CODE § 17200)<br>(12) VIOLATION OF RICO (18 U.S.C. §§1961)<br>(13) FRAUD<br>(14) CONSTRUCTIVE TRUST<br><br>DEMAND FOR JURY TRIAL |

1
COMPLAINT

**FEDERAL DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I (a) PLAINTIFFS** (Check box if you are representing yourself [X])

Karan J. Russell

**DEFENDANTS**

Deutsche Bank as Trustee; Barclays Capital Real Estate dba HomEq Servicing; Quality Loan Service Corp.; Fidelity Nat'l Title; Mortgage Electronic Registration Systems; New Century Mortgage Corp

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

JESSICA BARFIELD-McCARREN, SBN 212217
BARFIELD-McCARREN LAW OFFICE
468 N. CAMDEN DR., SUITE 200, BEVERLY HILLS, CA 90210

**Attorneys (If Known)**

unknown

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in this State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify):
- [ ] 6 Multi-District Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: [X] Yes [ ] No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** [ ] Yes [X] No   [X] **MONEY DEMANDED IN COMPLAINT:** $ injunction+damages

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. section 1601 et seq. Violation of Truth in Lending Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| 400 State Reapportionment | 110 Insurance | 310 Airplane | 370 Other Fraud | 510 Motions to Vacate Sentence Habeas Corpus | 710 Fair Labor Standards Act |
| 410 Antitrust | 120 Marine | 315 Airplane Product Liability | 371 Truth in Lending | 530 General | 720 Labor/Mgmt. Relations |
| 430 Banks and Banking | 130 Miller Act | 320 Assault, Libel & Slander | 380 Other Personal Property Damage | 535 Death Penalty | 730 Labor/Mgmt. Reporting & Disclosure Act |
| 450 Commerce/ICC Rates/etc. | 140 Negotiable Instrument | 330 Fed. Employers' Liability | 385 Property Damage Product Liability | 540 Mandamus/ Other | 740 Railway Labor Act |
| 460 Deportation | 150 Recovery of Overpayment & Enforcement of Judgment | 340 Marine | **BANKRUPTCY** | 550 Civil Rights | 790 Other Labor Litigation |
| 470 Racketeer Influenced and Corrupt Organizations | 151 Medicare Act | 345 Marine Product Liability | 422 Appeal 28 USC 158 | 555 Prison Condition | 791 Empl. Ret. Inc. Security Act |
| 480 Consumer Credit | 152 Recovery of Defaulted Student Loan (Excl. Veterans) | 350 Motor Vehicle | 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| 490 Cable/Sat TV | 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | 610 Agriculture | 820 Copyrights |
| 810 Selective Service | 160 Stockholders' Suits | 360 Other Personal Injury | 441 Voting | 620 Other Food & Drug | 830 Patent |
| 850 Securities/Commodities/ Exchange | 190 Other Contract | 362 Personal Injury- Med Malpractice | 442 Employment | 625 Drug Related Seizure of Property 21 USC 881 | 840 Trademark |
| 875 Customer Challenge 12 USC 3410 | 195 Contract Product Liability | 365 Personal Injury- Product Liability | 443 Housing/Acco- mmodations | 630 Liquor Laws | **SOCIAL SECURITY** |
| 890 Other Statutory Actions | 196 Franchise | 368 Asbestos Personal Injury Product Liability | 444 Welfare | 640 R.R. & Truck | 861 HIA (1395ff) |
| 891 Agricultural Act | **REAL PROPERTY** |  | 445 American with Disabilities - Employment | 650 Airline Regs | 862 Black Lung (923) |
| 892 Economic Stabilization Act | 210 Land Condemnation | **IMMIGRATION** | 446 American with Disabilities - Other | 660 Occupational Safety /Health | 863 DIWC/DIWW (405(g)) |
| 893 Environmental Matters | 220 Foreclosure | 462 Naturalization Application | 440 Other Civil Rights | 690 Other | 864 SSID Title XVI |
| 894 Energy Allocation Act | 230 Rent Lease & Ejectment | 463 Habeas Corpus- Alien Detainee |  |  | 865 RSI (405(g)) |
| 895 Freedom of Info. Act | 240 Torts to Land | 465 Other Immigration Actions |  |  | **FEDERAL TAX SUITS** |
| 900 Appeal of Fee Determi- nation Under Equal Access to Justice | 245 Tort Product Liability |  |  |  | 870 Taxes (U.S. Plaintiff or Defendant) |
| 950 Constitutionality of State Statutes | 290 All Other Real Property |  |  |  | 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: CV09-00885

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Deutsche Bank- unknown; Barclays-Delaware; Quality Loan Service-San Diego; Fidelity-unknown; MERS-Sacramento; New Century-Irvine |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_     Date 2/3/09

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |