# EXHIBIT 1
# NOTICE OF DEFAULT

Recording requested by:
Quality Loan Service Corp

When recorded mail to:
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

01/04/08
20080020397

Space above this line for Recorder's use

TS No.: CA-08-123269-RM                    Loan No.: 0326238798

## IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION.** You may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account (normally five business days prior to the date set for the sale of your property). No sale may be set until three months from the date this notice of default is recorded (which date of recordation appears on this notice). This amount is $25,414.75 as of 1/3/2008 and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have the pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

Barclays Capital Real Estate Inc. dba HomEq Servicing
C/O Quality Loan Service Corp.
2141 5th Avenue

Exhibit 1
Pg 21

San Diego, CA 92101
CA-08-123268-RM

TS No.: CA-08-123268-RM
Loan No.: 0326233798
Notice of Default and Election To Sell Under Deed of Trust

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

Remember, **YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN: That the undersigned is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 8/10/2006, executed by KAREN J. RUSSELL, AN UNMARRIED WOMAN AND FRED HEMPHILL, A SINGLE MAN, AS JOINT TENANTS, as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION, as beneficiary, recorded 8/18/2006, as Instrument No. 2006-1841082, in Book xxx, Page xxx of Official Records in the Office of the Recorder of LOS ANGELES County, California describing land therein: as more fully described in said Deed of Trust.

Said obligations including 1 NOTE(S) FOR THE ORIGINAL sum of $880,000.00, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

Installment of principal and interest plus impounds and / or advances which became due on 10/1/2007 plus amounts that are due or may become due for the following: late charges, delinquent property taxes, insurance premiums, advances made on senior liens, taxes and/or insurance, trustees fees, and any attorney fees and court costs arising from or associated with beneficiaries effort to protect and preserve its security must be cured as a condition of reinstatement.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: 1/3/2008

Quality Loan Service Corp., AS AGENT FOR BENEFICIARY
BY: Fidelity National Title CA II

*Gary Trafford*

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

Exhibit 1
Pg 22

# EXHIBIT 2
# SUBSTITUTION OF TRUSTEE

04/09/08

20080610654

Recording requested by

When recorded mail to

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
619-645-7711

Space above this line for recorders use

TS # CA-08-123268-RM          Order # G800755          Loan # 0326233798
                                                      Investor No. 1009436407

## Substitution of Trustee

WHEREAS, KAREN J. RUSSELL, AN UNMARRIED WOMAN AND FRED HEMPHILL, A SINGLE MAN, AS JOINT TENANTS was the original Trustor, FIDELITY NATIONAL ESCROW was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION was the original Beneficiary under that certain Deed of Trust dated 8/10/2006 and recorded on 8/18/2006 as Instrument No 2006-1841082, in book xxx, page xxx of Official Records of LOS ANGELES County, CA, and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of said original Trustee, or Successor Trustee, thereunder, in the manner provided for in said Deed of Trust,

NOW, THEREFORE, the undersigned hereby substitutes QUALITY LOAN SERVICE CORPORATION, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Page 1

Exhibit 2
Pg. 23

Substitution of Trustee - CA
TS # CA-08-123268-RM
Page 2

Dated, 1/3/2008

Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement Dated as of June 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR5 Mortgage Pass-Through Certificates, Series 2007-BR5 by Barclays Capital Real Estate Inc, dba HomEq Servicing, attorney in fact

By _____
Noriko Colston, Assistant Secretary

State of California
County of ~~San Diego~~ Sacramento

On 1/14/2008 before me, _____K. Kessler notary public_____ personally appeared _____Noriko Colston_____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

_____
Signature

[Notary Seal: K. KESSLER, COMM. #1710468, NOTARY PUBLIC-CALIFORNIA, SACRAMENTO CO., EXP. DEC 12, 2010]

Exhibit 2-
Pg. 24

## Affidavit of Mailing
## for Substitution of Trustee By Code

TS No : **CA-08-123268-RM**
Trustor **KAREN J RUSSELL, AN UNMARRIED WOMAN AND FRED HEMPHILL, A SINGLE MAN, AS JOINT TENANTS**

I, Cindy Lopez, declare That I am an employee of **Quality Loan Service Corp.**, an agent for beneficiary, whose business address is:

2141 5th Avenue
San Diego, CA 92101

I am over the age of eighteen years and in accordance with California Civil Code Section 2934, I caused a copy of the attached Substitution of Trustee to be mailed, in the manner provided in Section 2924(b) of the Civil Code of the State of California, to the trustee of record under the Deed of Trust described in said Substitution and to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct  Executed at San Diego, CA on 3/19/2008

_____
Cindy Lopez

08 0610654

Exhibit 2
Pg. 25

# EXHIBIT 3
# NOTICE OF TRUSTEE'S SALE

Recording requested by:
[illegible]

When recorded mail to:
Quality Loan Service Corp
2141 5th Avenue
San Diego, CA 92101

04/09/08


20080610655

TS # CA-08-123268-RM    Loan # 0326233798    SPACE ABOVE THIS LINE FOR RECORDER'S USE

08001755

# NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 8/10/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 to the Financial code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

**BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE.**

Trustor(s):    **KAREN J. RUSSELL, AN UNMARRIED WOMAN AND FRED HEMPHILL, A SINGLE MAN, AS JOINT TENANTS**

Recorded:    8/18/2006 as Instrument No. 2006-1841082 in book xxx, page xxx of Official Records in the office of the Recorder of LOS ANGELES County, California;

Date of Sale:    4/28/2008 at 10:30 AM
Place of Sale:    At the West side of the Los Angeles County Courthouse, directly facing Norwalk Blvd., 12720 Norwalk Blvd., Norwalk, CA.
Amount of unpaid balance and other charges: $924,735.43
The purported property address is:    3624 FAIRWAY BLVD
                                               LOS ANGELES, CA 90043
Assessors Parcel No. 5012-009-027

The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

Date: 4/5/2008

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
619-645-7711 For NON SALE information only
Sale Line: 714-259-7850 or Login to: www.fidelityasap.com
Reinstatement Line: (877) 367-7378

_Cindy Lopez_

Exhibit 3
Pg. 26

# EXHIBIT 4
# TRUSTEE'S DEED UPON SALE

Trustee's Deed Upon Sale
Page 2

Recording requested by:

When recorded mail to:

Barclays Capital Real Estate Inc. dba HomEq Servicing
4837 Watt Avenue
North Highlands, CA 95660

THIS IS TO CERTIFY THAT THIS IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL RECORDED IN THE OFFICE OF THE COUNTY RECORDER ON: May 5, 2008
AS DOCUMENT NO: 08 0787300
BY: s/ Ben Rogers
FIDELITY NATIONAL DEFAULT SOLUTIONS

Forward tax statements to the address given above

Space above this line for recorders use

TS # CA-08-123268-RM          Order # G800755          Loan # 032623379

# Trustee's Deed Upon Sale

A.P.N.: 5012-009-027                                Transfer Tax: $0.00

The undersigned grantor declares:
The grantee herein IS the foreclosing beneficiary.
The amount of the unpaid debt together with costs was:   $941,041.39
The amount paid by the grantee at the trustee sale was:  $798,455.47
The documentary transfer tax is:                         None
Said property is in the City of: LOS ANGELES, County of LOS ANGELES

**QUALITY LOAN SERVICE CORPORATION**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement Dated as of June 1, 2007 Securitized Asset Backed Receivables LLC Trust 2007-BR5 Mortgage Pass-Through Certificates, Series 2007-BR5

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of LOS ANGELES, State of California, described as follows:
LOT 137 OF TRACT 8060, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 137 PAGES 86 THROUGH 88 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by KAREN J. RUSSELL, AN UNMARRIED WOMAN AND FRED HEMPHILL, A SINGLE MAN, AS JOINT TENANTS, as trustor, dated 8/10/2006, and recorded on 8/18/2006 as instrument number 2006-1841082, in Book xxx, Page xxx of Official Records in the office of the Recorder of LOS ANGELES, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on 1/4/2008, instrument no 08-0020397, Book , Page , of Official records. Trustee having complied with all applicable statutory requirements of

**EXHIBIT I**

Exhibit 4
Pg. 27

Trustee's Deed Upon Sale
Page 2

requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on **4/28/2008** at the place named in the Notice of Sale, in the County of LOS ANGELES, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being **$798,455.47** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date: 4/29/2008                    QUALITY LOAN SERVICE CORPORATION

                                   B:
                                   _____
                                   Antonio Rodriguez, Assistant Vice President

State of California   )
County of San Diego )

On 4/29/2008 before me, Bonnie J. Dawson a notary public, personally appeared Antonio Rodriguez, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Bonnie J. Dawson_ (Seal)

BONNIE J. DAWSON
Commission # 1626036
Notary Public - California
San Diego County
My Comm. Expires Jan 6, 2010

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Exhibit 4
Pg-28