JESSICA BARFIELD-McCARREN, SBN 212217
BARFIELD-McCARREN LAW OFFICE
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Tel: (310) 860-5626
Fax: (310) 861-1992
Jessica@LADefenseLaw.com

Attorneys for Plaintiff
Karan J. Russell

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

KARAN J. RUSSELL, an individual,

　　　　Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JUNE 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5, an unknown business entity; BARCLAYS CAPITAL REAL ESTATE dba HOMEQ SERVICING, a Delaware corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation; FIDELITY NATIONAL TITLE CA II, an unknown business entity; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a suspended California corporation; and DOES 1-10, inclusive,

　　　　Defendants.

CASE NO.: CV09-00885 JFW JTLx

[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

TO DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF

1

[PROPOSED] ORDER

1  JUNE 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST
2  2007-BR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5
3  ("Deutsche Bank"):
4    YOU ARE HEREBY ORDERED TO SHOW CAUSE at _____
5  on _____, or as soon thereafter as counsel may be
6  heard, in the courtroom of the Honorable _____,
7  located at 312 North Spring Street, Los Angeles, California 90012, why you, your
8  agents, officers, and assigns, should not be enjoined pending trial of this action from
9  engaging in or performing any act to deprive Plaintiff of her residence in and
10 possession of the real property located at 3624 Fairway Boulevard, Los Angeles,
11 California 90043, including but not limited to instituting or maintaining sale
12 proceedings on the property or from otherwise taking any steps whatsoever to deprive
13 Plaintiff of her residence in and possession of the property or to impair or degrade the
14 value of the property.
15   YOU ARE FURTHER ORDERED TO SHOW CAUSE at the same time and
16 location why an order should not issue to order the Los Angeles County Sheriff's
17 Department to stay all writ and lockout proceedings with respect to the property
18 described above, and arising out of the prior unlawful detainer action identified as
19 *Deutsche Bank National Trust v. Russell*, LASC Case No. SM 08U02006.
20   PENDING HEARING on the above Order to Show Cause, you, your officers,
21 agents, servants, employees, attorneys, and all those in active concert or participation
22 with you or them ARE HEREBY RESTRAINED AND ENJOINED from engaging in
23 or performing any act to deprive Plaintiff of her residence in and possession of the real
24 property located at 3624 Fairway Boulevard, Los Angeles, California 90043,
25 including but not limited to instituting or maintaining sale proceedings on the property
26 or from otherwise taking any steps whatsoever to deprive Plaintiff of her residence in
27 and possession of the property or to impair or degrade the value of the property.
28   IT IS FURTHER ORDERED that pending hearing on the above Order to Show

[PROPOSED] ORDER

1 Cause, the Los Angeles County Sheriff's Department is ordered to stay all writ and
2 lockout proceedings with respect to the property described above, and arising out of
3 the prior unlawful detainer action identified as *Deutsche Bank National Trust v.*
4 *Russell*, LASC Case No. SM 08U02006.
5   IT IS FURTHER ORDERED that this temporary restraining order shall be
6 binding on the parties to this action and all other persons or entities who receive actual
7 notice of this order.
8   The above temporary restraining order is effective immediately. This Order to
9 Show Cause and supporting papers must be served on Defendant Deutsche Bank by
10 fax or overnight mail no later than _____ days before the date set for
11 hearing, and proof of service shall be filed no later than _____ days
12 before the hearing. Any response or opposition to this Order to Show Cause must be
13 filed and served on Plaintiff's counsel via fax or e-mail no later than _____
14 court days before the date set for hearing, and proof of service shall be filed no later
15 than _____ days before the hearing.

17 IT IS SO ORDERED.

19 DATED: February _____, 2009

          _____
          United States District Judge