1  JESSICA BARFIELD-McCARREN, SBN 212217
   BARFIELD-McCARREN LAW OFFICE
2  468 N. Camden Dr., Suite 200
   Beverly Hills, CA 90210
3  Tel: (310) 860-5626
   Fax: (310) 861-1992
4  Jessica@LADefenseLaw.com

5  Attorneys for Plaintiff
   Karan J. Russell

6

7

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| KARAN J. RUSSELL, an individual, | CASE NO.: |
|---|---|
| Plaintiff, | CV09-00885 JFW JTLx |
| v. | NOTICE OF INTERESTED PARTIES |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JUNE 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5, an unknown business entity; BARCLAYS CAPITAL REAL ESTATE dba HOMEQ SERVICING, a Delaware corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation; FIDELITY NATIONAL TITLE CA II, an unknown business entity; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a suspended California corporation; NEW CENTURY MORTGAGE CORPORATION, a California corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

1

NOTICE OF INTERESTED PARTIES

The undersigned, counsel of record for Plaintiff Karan J. Russell in the above-captioned matter certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Karan J. Russell, Plaintiff
2. DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JUNE 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5, an unknown business entity, Defendant
3. BARCLAYS CAPITAL REAL ESTATE dba HOMEQ SERVICING, a Delaware corporation, Defendant
4. QUALITY LOAN SERVICE CORPORATION, a California corporation, Defendant
5. FIDELITY NATIONAL TITLE, an unknown business entity, Defendant
6. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a suspended California corporation, Defendant
7. NEW CENTURY MORTGAGE CORPORATION, a California corporation, Defendant

DATED this 3rd day of February, 2009.

Respectfully submitted,

JESSICA BARFIELD-MCCARREN
Attorney for Plaintiff Karan Russell