JESSICA BARFIELD-McCARREN, SBN 212217
BARFIELD-McCARREN LAW OFFICE
468 N. CAMDEN DR., SUITE 200
BEVERLY HILLS, CA 90210
Tel: (310) 860-5626
Fax: (310) 861-1992
Jessica@LADefenseLaw.com

Attorneys for Plaintiff
Karan J. Russell

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| KARAN J. RUSSELL, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK, et al,<br><br>   Defendants. | CASE NO.:<br><br>DECLARATION OF JESSICA BARFIELD-McCARREN RE SERVICE OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE ON DEFENDANT DEUTSCHE BANK |

I, Jessica Barfield-McCarren, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before the courts of the State of California and this District Court. I am attorney of record for Plaintiff Karan J. Russell. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify thereto.

2. On Monday, January 26, 2009 I telephoned the offices of Pite Duncan, counsel of record for Deutsche Bank in the related unlawful detainer action. After providing the case number for that action, I was forwarded to Bill Nguyen. I told him that Ms. Russell intended to file a complaint against Deutsche Bank in Federal Court, and would also be seeking a temporary restraining order. I also informed him that we

---

1

DECLARATION RE SERVICE OF APPLICATION FOR TRO AND OSC

1  expected to file an application for said order on Thursday, January 29, 2009.

2      3.    On January 29, 2009, at approximately 8:30 a.m. I again called Mr. Nguyen to let him know that I was not feeling well and would probably not be filing the TRO application on that date. He returned my call at approximately 9:00 a.m. I inquired specifically whether anyone would be appearing at the TRO hearing on behalf of Deutsche Bank. Mr. Nguyen told me that no one would be appearing on behalf of Deutsche Bank on that date or on a later date if the application were postponed. Mr. Nguyen requested that I forward him any notices and/or orders issued following the TRO hearing. I requested permission to send such documents by fax. He agreed and provided his direct fax number for this purpose.

    4.    On February 6, 2009, pursuant to this Court's Minute Order re Service of Application, I faxed the following documents on file or lodged in the instant action to Mr. Nguyen at his personal fax number: Complaint, Notice of Assignment to Magistrate Judge for Discovery, Summons, Civil Cover Sheet, Notice of Interested Parties, Application for Temporary Restraining Order, [Proposed] Temporary Restraining Order and Order to Show Cause, and the Court's Minute Order re Service of Application dated February 5, 2009. I requested via the cover letter to the fax that Mr. Nguyen confirm that he was authorized to accept and would accept service on behalf of Deutsche Bank in the above-captioned matter. I telephoned later in the afternoon to follow up with Mr. Nguyen, but was unable to reach him and left a message.

    5.    On February 9, 2009, I again telephoned Mr. Nguyen and left a message. Mr. Nguyen returned my call at approximately 1:00 p.m., and we spoke then. In this conversation, Mr. Nguyen described his position as the eviction team leader for the attorney service retained by Pite Duncan. He further confirmed that Pite Duncan would be representing Deutsche Bank in this matter, and that he was authorized to accept service for Pite Duncan on behalf of Deutsche Bank. He also confirmed that Deutsche Bank would not be opposing Plaintiff's temporary restraining order

1 application, and no Pite Duncan attorney would be appearing for a hearing on such
2 restraining order.
3     6.   Mr. Nguyen stated that he had received my fax on Friday, February 6,
4 2009, but had trouble opening it due to the size. I offered to send the documents via e-
5 mail attachment, and Mr. Nguyen accepted this offer. Immediately following our
6 phone conversation, I sent the documents identified in Paragraph 4 above in .pdf
7 format to Mr. Nguyen at the address he provided.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 9, 2009, at Los Angeles, California.

_____
JESSICA BARFIELD-MCCARREN