JESSICA BARFIELD-McCARREN, SBN 212217
BARFIELD-McCARREN LAW OFFICE
468 N. CAMDEN DR., SUITE 200
BEVERLY HILLS, CA 90210
Tel: (310) 860-5626
Fax: (310) 861-1992
Jessica@LADefenseLaw.com

Attorneys for Plaintiff
Karan J. Russell

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| KARAN J. RUSSELL, an individual, | CASE NO.: LA 09 CV 00885 JFW (JTLx) |
|---|---|
| Plaintiff, | [PROPOSED] EXTENSION OF TEMPORARY RESTRAINING ORDER AND CONTINUANCE OF ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al, | |
| Defendants. | |

TO DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JUNE 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5 ("Deutsche Bank"):

YOU ARE HEREBY ORDERED TO SHOW CAUSE at 1:30 p.m. on March 9, 2009, or as soon thereafter as counsel may be heard, in the courtroom of the Honorable John F. Walter, located at 312 North Spring Street, Los Angeles, California 90012, why you, your agents, officers, and assigns, should not be enjoined pending trial of this action from engaging in or performing any act to deprive Plaintiff

of her residence in and possession of the real property located at 3624 Fairway Boulevard, Los Angeles, California 90043, including but not limited to instituting or maintaining sale proceedings on the property or from otherwise taking any steps whatsoever to deprive Plaintiff of her residence in and possession of the property or to impair or degrade the value of the property.

YOU ARE FURTHER ORDERED TO SHOW CAUSE at the same time and location why an order should not issue to order the Los Angeles County Sheriff's Department to stay all writ and lockout proceedings with respect to the property described above, and arising out of the prior unlawful detainer action identified as *Deutsche Bank National Trust v. Russell,* LASC Case No. SM 08U02006.

PENDING HEARING on the above Order to Show Cause, you, your officers, agents, servants, employees, attorneys, and all those in active concert or participation with you or them ARE HEREBY RESTRAINED AND ENJOINED from engaging in or performing any act to deprive Plaintiff of her residence in and possession of the real property located at 3624 Fairway Boulevard, Los Angeles, California 90043, including but not limited to instituting or maintaining sale proceedings on the property or from otherwise taking any steps whatsoever to deprive Plaintiff of her residence in and possession of the property or to impair or degrade the value of the property.

IT IS FURTHER ORDERED that pending hearing on the above Order to Show Cause, the Los Angeles County Sheriff's Department is ordered to stay all writ and lockout proceedings with respect to the property described above, and arising out of the prior unlawful detainer action identified as *Deutsche Bank National Trust v. Russell,* LASC Case No. SM 08U02006.

IT IS FURTHER ORDERED that this temporary restraining order shall be binding on the parties to this action and all other persons or entities who receive actual notice of this order.

The above temporary restraining order is effective immediately and is an extension of the temporary restraining order previously issued by the Court on

1  February 10, 2009. This Order to Show Cause and supporting papers must be served
2  on Defendant Deutsche Bank by personal service (or fax, if mutually agreed to by
3  counsel) no later than March 2, 2009, and proof of service shall be filed no later than
4  March 3, 2009. Any supplemental brief in support of the Application by Plaintiff
5  must be filed and served on Defendant by personal service (or fax, if mutually agreed
6  to by counsel) no later than Monday, March 2, 2009, and proof of service shall be
7  filed no later than March 3, 2009. Any response or opposition to this Order to Show
8  Cause must be filed and served on Plaintiff's counsel via personal service (or fax, if
9  mutually agreed to by counsel) no later than Thursday, March 5, 2009, and proof of
10 service shall be filed no later than Friday, March 6, 2009.

12 IT IS SO ORDERED.

14 DATED: February _____, 2009

_____
United States District Judge