Jessica Barfield-McCarren
Barfield-McCarren Law Office
468 N. Camden Drive, Suite 200
Beverly Hills, CA 90210
Ph.: (310) 860-5626
Fax: (310) 861-1992
Jessica@LADefenseLaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Karan J. Russell | CASE NUMBER |
|---|---|
| | LA 09 CV 00885 JFW (JTLx) |
| Plaintiff(s), | |
| v. | |
| Deutsche Bank National Trust Company, et al. | **NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P.** |
| Defendant(s). | |

PLEASE TAKE NOTICE: *(Check one)*

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from *(check one)* ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

March 10, 2009
Date                                           Signature of Attorney/Party

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)                NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)